## NEW YORK COMMON PLEAS — ADDITIONAL GENERAL TERM, DECEMBER, 1895.

Before BOOKSTAVER and BISCHOFF, JJ.

Thomas Brady et al., Respondents, v. Michael E. Duffy, Appellant.—Appeal from a judgment of the Seventh District Court. Robert J. Mahon, for respondents. M. E. Duffy, for appellant. Judgment affirmed, with costs.

Herman Prince, Respondent, v. Charles Grossman, Appellant.—Appeal from a judgment of the Second District Court. J. Levy, for respondent. A. H. Sarasohn, for appellant. Judgment affirmed, with costs.

John E. Dusseldorf, Respondent, v. Charles J. Warren, Appellant.—Appeal from a judgment of the First District Court. Coleman & Donohue, for respondent. R. R. Perry, for appellant. Judgment affirmed, with costs.

Howarth Miska, Respondent, v. Agnes H. Smith, Appellant.—Appeal from a judgment of the Third District Court. Kantrowitz & Esberg, for respondent. John Delahunty, for appellant. Judgment affirmed, with costs.

Dante Amorosa, Appellant, v. Antonio Gallella, Respondent.—Appeal from a judgment of the Second District Court. Samuel S. Swards, for appellant. J. Palmieri, for respondent. Judgment reversed, new trial ordered, costs to appellant to abide event.

Louis Marmilli, Respondent, v. Nelson A. Ferrand, Appellant.—Appeal from a judgment of the First District Court. Turk & Roth, for respondent. Cromwell G. Macy, for appellant. Judgment reversed, new trial ordered, costs to appellant to abide event.

Lena Stange, Respondent, v. The Prudential Life Insurance Co., Appellant.—Appeal from a judgment of the Tenth District Court. William F. Browne, for respondent. William O. Campbell, for appellant. Judgment reversed, new trial ordered, costs to appellant to abide event.

James C. Byrne, Respondent, v. Mary E. Reardon, Appellant.—Appeal from a judgment of the Eleventh District Court. M. Fennelly, for respondent. Thomas J. Purdy, for appellant. Judgment affirmed, with costs.